Certificate Number: 13858-MD-DE-038485730

Bankruptcy Case Number: 24-12654



13858-MD-DE-038485730

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2024, at 8:48 o'clock PM EDT, Platon Zhivotovskiy completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: May 16, 2024

By: /s/Tyler D Sanders

Name: Tyler D Sanders

Title: Counselor